## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) HAROLD HILTON, | ) |
|       Plaintiff, | ) Case No. 17-CV-498-JED-FHM |
| vs. | ) |
| (1) WHIRLPOOL CORPORATION | ) |
|       Defendants. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, Harold Hilton, and Defendant, Whirlpool Corporation, hereby stipulate that this action shall be dismissed with prejudice as to Plaintiff's claims against Defendant. Each party to bear its own costs and attorney's fees. This dismissal disposes of all remaining claims in this matter.

Respectfully submitted,

/s/Daniel E. Smolen
Daniel Smolen, OBA #19943
Smolen & Roytman
701 South Cincinnati Avenue
Tulsa, OK 74119
Phone: (918) 585-2667
Fax: (918) 585-2669
*Attorney for Plaintiff*

-AND-

/s/Kimberly Lambert Love*
Kimberly Lambert Love, OBA #10879
Titus Hillis Reynolds Love
15 Eth. 5 Street, Suite 3700
Tulsa, Oklahoma 74103
Phone: 918/587-6800
Fax: 918/587-6822

1

Email: klove@titushillis.com
Attorney for Defendant, Whirlpool Corporation

*signed by Plaintiff's attorney with permission of Defendant's attorney*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of June 2019, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

/s/ Daniel E. Smolen